B2500A (Form 2500A) (12/15)

Bankruptcy No. 17-12550-ref          Adversary No. 18-00042-ref

## CERTIFICATE OF SERVICE

I, _Alaine V. Grbach_ (name) certify that service of this summons and a copy of the complaint was made _3/05/2018_ (date) by:

(✓) Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
_Richard S. Gold, Jns + Leo, One M&T Plaza, Buffalo, NY 14203_

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_March 5, 2018_                                  _(signature)_
Date                                              Signature

Print Name            _Alaine V. Grbach_

Business Address      _675 Estelle Dr._
                      _Lancaster, PA 17601_

B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Patrick J. Lyons,                                   Bankruptcy No. 17-12550-ref

        Debtor                                            Chapter 7

Patrick J. Lyons,

        Plaintiff                                         Adversary No. 18-00042-ref

        v.

M & T Bank,

        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. Answer is due **March 31, 2018.**

    Address of Clerk               U.S. Bankruptcy Court
                                           The Madison, 3rd Floor
                                           400 Washington Street
                                           Reading, PA  19601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney    Alaine V. Grbach, Esquire
                                                         675 Estelle Drive
                                                         Lancaster, PA 17601
                                                         (717) 898-8402

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                  FOR THE COURT

                                                                  TIMOTHY B. MCGRATH.
                                                                  CLERK

Date: March 1, 2018                                  By:  /s/ Sara I. Roman
                                                             Deputy Clerk