Pay Taxes

## Property Information

| | | | |
|---|---|---|---|
| **Property ID** | 250-42274-0-0000 | **Property Use** | 100 - RESIDENTIAL |
| **Tax Year** | 2018 | **Land Use** | 113 - SINGLE FAMILY DWELLING |
| **Township** | 250 Elizabethtown Boro | | |
| **Site Address** | 35 IRIS CIR | **Tax Status** | Taxable |
| | | **Clean & Green** | No |

## Property Sketches & Photos

1-1



Parcel photo



## Related Names

| | |
|---|---|
| **Parcel Owner** | LYONS PATRICK, 35 IRIS CIR ELIZABETHTOWN, PA 17022 |
| **Status** | Current |

## Assessments

**Annual Billing**

|  | Land | Building | Total | Pref. Land | Pref. Building | Pref. Total |
|---|---|---|---|---|---|---|
| Non-Exempt | 55,100 | 139,500 | **194,600** | 0 | 0 | **0** |
| Exempt | 0 | 0 | **0** | 0 | 0 | **0** |
| **Total** | **55,100** | **139,500** | **194,600** | **0** | **0** | **0** |

**Note:** Preferential assessment values are used for taxation when preferential values are greater than zero.

## Property Characteristics

| Electric | Gas | Sewage | Water |
|---|---|---|---|
| HOOKED-UP | NONE | PUBLIC SYSTEM | PUBLIC SYSTEM |

## Market Land Valuation

| Property Type | Land Type | Sq. Ft. | Calc. Acres |
|---|---|---|---|
| RES - Residential | 2 - PRIMARY HOMESITE | 13,068 | 0.3000 |
| RES - Residential | 6 - RESIDUAL | 2,178 | 0.0500 |

## Structure 1 of 1

| Property Type | Description | Style | Total Living Area | Year Built |
|---|---|---|---|---|
| RES - Residential | COLONIAL-NEW #1 | Two Story | 1,833 | 1978 |

### Accommodations

| | |
|---|---|
| Extra Fixtures | 2 |
| Full Baths | 2 |
| Half Baths | 1 |
| Number of Bedrooms | 4 |
| Number of Families | 1 |
| Number of Rooms | 7 |

### Garage/Carport

| | |
|---|---|
| Attached Garage | 484.00 Sq.Ft. |

### Porches, Decks, Breezeways

| | |
|---|---|
| Enclosed Porch, Solid Walls | 144.00 Sq.Ft. |
| Wood Deck | 216.00 Sq.Ft. |

### Story Height

| | |
|---|---|
| Number of Stories | 2.00 |

### Basement

| | |
|---|---|
| Total Basement Area | 780.00 Sq.Ft. |

### Exterior Walls

| | |
|---|---|
| Frame, Siding, Vinyl | 1833.00 Sq.Ft. |

### Fireplaces

| | |
|---|---|
| Single 2-Story Fireplace | 1.00 Units |

### Fuel Type

| | |
|---|---|
| Fuel Type | Electric |

### Heating/Cooling

| | |
|---|---|
| Warmed & Cooled Air | 1833.00 Sq.Ft. |

### Roofing

| | |
|---|---|
| Composition Shingle | 1833.00 Sq.Ft. |

### Style

| | |
|---|---|
| Style | COLONIAL-NEW |

## Exemptions

| Exemption Type | Status | Farmstead |
|---|---|---|
| Homestead | Appl Approved (Full) | No |

## Sales History

| Year | Document # | Sale Type | Sale Date | Sold By | Sold To | Price |
|---|---|---|---|---|---|---|
| 2006 | 05534605 | | 6/29/2006 | CLARK RICHARD N | LYONS PATRICK | $236,000 |
| 2006 | 05510820 | | 4/4/2006 | FRITZ SUSAN E | CLARK RICHARD N | $1 |

## Billing

**NOT A CERTIFIED COPY - FOR INFORMATIONAL PURPOSES ONLY**

| Billing Pd. | Tax Billed | Discount/Pen. | Total Billed | Total Paid | Balance Due | Date Paid |
|---|---|---|---|---|---|---|
| January | $1,403.26 | ($28.07) | $1,375.19 | $0.00 | $1,375.19 | |

**Note:** Payment amounts may only reflect the Lancaster County amounts

## Tax Amounts - January

| Fund Desc. | Rate Type | Tax Rate | 2% Discount if paid by 4/30/2018 | Base Tax if paid by 6/30/2018 | 10% Penalty if paid after 6/30/2018 |
|---|---|---|---|---|---|
| Lancaster County | Millage | 2.911000 | $555.15 | $566.48 | $623.13 |
| Elizabethtown Boro | Millage | 4.300000 | $820.04 | $836.78 | $920.46 |
| **Total** | | | **$1,375.19** | **$1,403.26** | **$1,543.59** |

## Contact Information

Please contact the following person or office with any questions regarding county collected current year taxes or for tax certification requests.

Lancaster County Treasurer
County & Municipal Tax Bill
P.O. Box 3894
LANCASTER, PA 17604
(717) 299-8222

Tax certification overnight requests can be sent to...

Lancaster County Treasurer
150 North Queen Street, Suite 122
Lancaster, PA 17603

Mail current year, county & municipal real estate tax payments to...

Lancaster County Treasurer
P.O. Box 3894
Lancaster, PA 17604

## No Delinquent Taxes

© 2018 DEVNET, Inc
Data updated: 2018/03/26
wEdge Version 4.0.6584.20063