# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
|                                  : | Bankruptcy No.  17-12550 |
|                                  : | |
| Patrick J. Lyons,            : | |
|          Plaintiff,        : | ADV. PRO. NO  18-00042 |
|                                  : | |
|          v.                     : | |
|                                  : | |
| M & T BANK,             : | |
|          Defendant  : | |

## JOINT STATEMENT

The undersigned, counsel to Plaintiff and Defendant, decline to participate in the court annexed mediation program.

DATE:  April 19, 2018                                                   /s/ Alaine V. Grbach
                                                                                        Alaine V. Grbach, Esquire
                                                                                        Attorney for Plaintiff-Debtor


DATE:  April 19, 2018                                                   /s/ Kevin McDonald
                                                                                        Kevin McDonald, Esquire
                                                                                        Attorney for Defendant-Creditor