UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| PATRICK J. LYONS, *Debtor* | : | Bankruptcy No. 17-12550 REF |
| | : | |
| PATRICK J. LYONS, *Plaintiff* | : | |
| v. | : | |
| M & T BANK, *Defendant* | : | Adversary No. 18-00042 |

## ORDER

This Order serves to remind the parties that a Pre-Trial Conference in this matter is currently scheduled for **Wednesday, June 13, 2018 at 9:30 A.M.** and the Joint Pre-Trial Statement is due to be filed by **June 8, 2018**, as scheduled in the Pre-Trial Order #1 dated March 29, 2018. If this matter has settled, kindly advise the Court at your earliest convenience.

BY THE COURT

**Date: June 4, 2018**

RICHARD E. FEHLING
Chief United States Bankruptcy Judge