United States Bankruptcy Court
Eastern District of Pennsylvania

Lyons,
    Plaintiff                                        Adv. Proc. No. 18-00042-ref

M & T Bank,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR            Page 1 of 1            Date Rcvd: Jun 05, 2018
                               Form ID: pdf900       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
```
ust            +BRENDA D. GISH,   Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla            +Patrick J. Lyons,   35 Iris Circle,   Elizabethtown, PA 17022-1418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 06 2018 02:27:41     Frederic J. Baker,
                 Office of United States Trustee,   833 Chestnut Street,   Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jun 06 2018 02:27:41     SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 06 2018 02:27:42     United States Trustee,
                 228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 06 2018 02:27:41     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
dft             E-mail/Text: camanagement@mtb.com Jun 06 2018 02:27:26     M & T Bank,
                 1 Fountain Plaza 4th Floor,   P. O. Box 767,   Buffalo, NY  14240-9975
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Defendant    M & T Bank avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Plaintiff Patrick J. Lyons avgrbach@aol.com
              KEVIN G. MCDONALD    on behalf of Defendant    M & T Bank bkgroup@kmllawgroup.com
                                                                                              TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

PATRICK J. LYONS,
    *Debtor*

: Chapter 13

: Bankruptcy No. 17-12550 REF

:

PATRICK J. LYONS,
    *Plaintiff*

:

:

    *v.*

:

M & T BANK,
    *Defendant*

: Adversary No. 18-00042

:

## ORDER

This Order serves to remind the parties that a Pre-Trial Conference in this matter is currently scheduled for **Wednesday, June 13, 2018 at 9:30 A.M.** and the Joint Pre-Trial Statement is due to be filed by **June 8, 2018**, as scheduled in the Pre-Trial Order #1 dated March 29, 2018. If this matter has settled, kindly advise the Court at your earliest convenience.

BY THE COURT

**Date: June 4, 2018**

RICHARD E. FEHLING
Chief United States Bankruptcy Judge