UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

PATRICK J. LYONS,
    *Debtor*

: Chapter 13

: Bankruptcy No. 17-12550 REF

PATRICK J. LYONS,
    *Plaintiff*

v.

M & T BANK,
    *Defendant*

: Adversary No. 18-00042

## **ORDER**

This Order serves to remind the parties that a Pre-Trial Conference in this matter is currently scheduled for **Wednesday, August 1, 2018 at 9:30 A.M.** If this matter has settled, kindly advise the Court at your earliest convenience.

BY THE COURT

**Date: July 13, 2018**

RICHARD E. FEHLING
Chief United States Bankruptcy Judge