# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| **Patrick J. Lyons,** | : | **BANKRUPTCY NO. 18-00042** |
| | : | |
| **Debtors** | : | |
| | : | |
| **Patrick J. Lyons,** | : | |
| **Plaintiff.** | : | |
| | : | |
| **v.** | : | **ADVERSARY NO. 18-00042** |
| | : | |
| **M & T Bank,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## **PRAECIPE TO WITHDRAW ADVERSARY COMPLAINT**

TO THE CLERK OF THIS HONORABLE COURT:

Kindly withdraw the above-captioned adversary complaint of Debtor, Patrick J. Lyons, against M & T Bank.

**Respectfully submitted,**

**Dated:  July 31, 2018**

By:    /s/ Alaine V. Grbach

ALAINE V. GRBACH
675 Estelle Drive
Lancaster,  PA  17601
(717)898-8402
Counsel for the Plaintiff

Dated: By:  /s/ Kevin McDonald

Counsel for the Defendant