UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: PATRICK J. LYONS, | : | Case No. 17-12550REF |
|---|---|---|
| Debtors | : | Chapter 13 |

| PATRICK J. LYONS, | : | Adv. No. 18-42REF |
|---|---|---|
| Plaintiff | : | |
| v. | : | |
| M & T BANK, | : | |
| Defendant | : | |

# ORDER

AND NOW, this 19 day of September, 2018, upon the parties in this adversary proceeding having informed this Court on August 1, 2018, that they had settled this dispute and would file a settlement stipulation, and upon the failure of the parties to have filed a stipulation,

IT IS HEREBY ORDERED that Plaintiff shall show cause why this adversary proceeding should not be dismissed, the hearing for which shall be held:

U.S. Bankruptcy Court – E.D. Pa.
The Madison – Third Floor
4th & Washington Streets
Reading, PA 19601
October 4, 2018, at 9:30 a.m., prevailing time

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge