UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  PATRICK J. LYONS, | : | Case No. 17-12550REF |
|---|---|---|
| Debtors | : | Chapter 13 |

| PATRICK J. LYONS, | : | Adv. No. 18-42REF |
|---|---|---|
| Plaintiff | : | |
| v. | : | |
| M & T BANK, | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 4 day of October, 2018, upon the parties in this adversary proceeding having informed this Court on August 1, 2018, that they had settled this dispute and would file a settlement stipulation, and upon the failure of the parties to have filed a stipulation, and upon the scheduling of a hearing today for the parties to show cause why this adversary proceeding should not be dismissed, and upon the failure of any party to appear at the hearing,

IT IS HEREBY ORDERED that this adversary proceeding IS HEREBY DISMISSED.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge