United States Bankruptcy Court
Eastern District of Pennsylvania

Lyons,
    Plaintiff

Adv. Proc. No. 18-00042-ref

M & T Bank,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Oct 04, 2018
                            Form ID: pdf900      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
```
ust            +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla            +Patrick J. Lyons,    35 Iris Circle,    Elizabethtown, PA 17022-1418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 05 2018 02:18:08      Frederic J. Baker,
                 Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 05 2018 02:18:08      SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 05 2018 02:18:08      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 05 2018 02:18:08      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
dft             E-mail/Text: camanagement@mtb.com Oct 05 2018 02:17:43      M & T Bank,
                 1 Fountain Plaza 4th Floor,    P. O. Box 767,    Buffalo, NY  14240-9975
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
```
              ALAINE V. GRBACH     on behalf of Plaintiff Patrick J. Lyons avgrbach@aol.com
              KEVIN G. MCDONALD    on behalf of Defendant    M & T Bank bkgroup@kmllawgroup.com
                                                                                             TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: PATRICK J. LYONS, | : | Case No. 17-12550REF |
| Debtors | : | Chapter 13 |
| PATRICK J. LYONS, | : | Adv. No. 18-42REF |
| Plaintiff | : | |
| v. | : | |
| M & T BANK, | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 4 day of October, 2018, upon the parties in this adversary proceeding having informed this Court on August 1, 2018, that they had settled this dispute and would file a settlement stipulation, and upon the failure of the parties to have filed a stipulation, and upon the scheduling of a hearing today for the parties to show cause why this adversary proceeding should not be dismissed, and upon the failure of any party to appear at the hearing,

IT IS HEREBY ORDERED that this adversary proceeding IS HEREBY DISMISSED.

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge